United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-11149-amc |
| Curtis Lee Wright, Sr. | Chapter 13 |
| Curtis Lee Wright, Sr. | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 29, 2021 | Form ID: pdf900 | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Curtis Lee Wright, Sr., 960 W. Cheltenham Ave., Philadelphia, PA 19126 |
| db | + | Curtis Lee Wright, Sr., MAILING ADDRESS, 857 Asbury Terrace, Philadelphia, PA 19126-2302 |
| aty | + | MICHELLE LEE, Margolis Edelstein, 119 South Easton Road, Glenside, PA 19038-4525 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14365987 | + | CHIMERA REO 2018-NR1 LLC, Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 14278484 | + | CITY OF PHILA. WATER, PO BOX 41496, PHILA, PA 19101-1496 |
| 14278485 | + | COOPER v. WRIGHT, 1339 CHESTNUT STREET, 10TH FLR, Philadelphia, PA 19107-3519 |
| 14278487 | + | GRIMLEY FINANCIAL, 30 WASHINGTON AVE STE. C-6, Haddonfield, NJ 08033-3341 |
| 14278488 | + | MR COOPER, 8950 CYPRESS WATERS BLVD, Coppell, TX 75019-4620 |
| 14278489 | + | PGW, PO BOX 11700, Newark, NJ 07101-4700 |
| 14278490 | + | PHILADELPHIA WATER, 1401 JFK BLVD, Philadelphia, PA 19102-1617 |
| 14312429 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14307243 | + | RAS Crane, LLC, Bankruptcy Department, 10700 Abbott's Bridge Road, Ste. 170, Duluth, GA 30097-8461 |
| 14320625 | + | U.S. BANK NATIONAL ASSOCIATION, PO Box 619096, Dallas TX 75261-9096 |
| 14306564 | + | U.S. Bank National Association, RAS Crane, LLC, Bankruptcy Dept., 10700 Abbott's Bridge Rd, Ste. 170, Duluth, GA 30097-8461 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 30 2021 00:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 30 2021 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 30 2021 00:15:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14278483 | + | Email/Text: bankruptcy@philapark.org | Sep 30 2021 00:15:00 | CITY OF PHILA. PARKING, PO BOX 41819, Philadelphia, PA 19101-1819 |
| 14361195 | | Email/Text: megan.harper@phila.gov | Sep 30 2021 00:15:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14278486 | + | Email/Text: tropiann@einstein.edu | Sep 30 2021 00:15:00 | EINSTEIN MEDICAL, 101 E. OLNEY AVE, Philadelphia, PA 19120-2470 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Sep 29, 2021 | Form ID: pdf900 | Total Noticed: 21

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14278482 | | AETNA |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2021 at the address(es) listed below:**

**Name**  **Email Address**

BRUCE J. TRAWICK
   on behalf of Debtor Curtis Lee Wright  Sr. brucejitzi@gmail.com, srowe@dc33lsp.org;r56186@notify.bestcase.com

CHRISTOPHER A. DENARDO
   on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper et al. pabk@logs.com logsecf@logs.com;klittle@logs.com;cdenardo@logs.com

GEORGETTE MILLER
   on behalf of Debtor Curtis Lee Wright  Sr. Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com

JACK K. MILLER
   on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

KEVIN S. FRANKEL
   on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper et al. pa-bk@logs.com

KRISTEN D. LITTLE
   on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper et al. pabk@logs.com klittle@logs.com;logsecf@logs.com

LAUREN BERSCHLER KARL
   on behalf of Creditor U.S. Bank National Association  Not in Its Individual Capacity but Solely as Trustee for The CIM Trust 2018-NR1 Mortgage-Backed Notes, Series 2018-NR1 lkarl@rascrane.com, lbkarl03@yahoo.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
   on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
   ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**In Re: Curtis Wright**            :            **Chapter: 13**

**Debtor(s)**            :            **Bankruptcy No: 19-11149**

_____

**ORDER CONFIRMING PLAN UNDER CHAPTER 13**

AND NOW, this _____ upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;
B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;
C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;
D. U.S. Bank National Association, Not in Its Individual Capacity but Solely as Trustee for The CIM Trust 2018-NR1 Mortgage-Backed Notes, Series 2018-NR1, ("US BANK") filed an Amended Proof of Claim No. 2 for $66,207.03 on 7/31/19;
E. US BANK filed an Objection to Confirmation on 5/8/19, docket #14;
F. Curtis Wright filed an Objection to US Bank's Proof of Claim on 10/12/2020, docket #65;
G. US Bank filed a Response to the Objection on 11/13/2020, docket #69;
H. US BANK filed a Motion for Relief on 7/10/19, docket #18;
I. Curtis Wright filed a Response to the Motion for Relief on 8/6/2019, docket #20;
J. Both the Objection to Proof of Claim No. 2 and Motion for Relief were continued several times, resulting in a final cancellation of the Evidentiary Hearing on 5/4/2021, docket #83;
K. Curtis Wright was directed to file an Amended Plan that would resolve the Motion for Relief arrears and Objection to Proof of Claim;
L. US BANK was directed to file an Objection to the Amended Plan if it did not agree with the Amended Plan figure;
M. Curtis Wright filed a Third Amended Plan on 7/12/2021 and a Fourth Amended Plan to correct a technical error on 8/24/2021;
N. The Third and Fourth Amended Plans pay $64,000 to US BANK for pre-petition and post-petition arrears. Said plans also include the following non-standard language in Part 9:

> POC no 2 - $64,000 resolves debtor's objection to claim and lender's motion for relief. $64,000 includes the total arrears owed pre-petition and post-petition

    O. US BANK has not filed an Objection to the Amended Plan;

For the above reasons, it is hereby:

ORDERED that the Objection to Confirmation of Plan Filed by U.S. Bank National Association, Not in Its Individual Capacity but Solely as Trustee for The CIM Trust 2018-NR1 Mortgage-Backed Notes, Series 2018-NR1, docket no 14 is hereby OVERRULED.

ORDERED that the amount listed in the Plan of $64,000 controls and is the total amount owed pre-petition and post-confirmation as of the date of this Order.

ORDERED that the Plan resolves the Motion for Relief and Objection to Proof of Claim.

ORDERED that the plan is CONFIRMED.

**Date: September 29, 2021**

                                                    ASHELY M. CHAN,
United States Bankruptcy Judge